Joshua M. Bonnici, Esq. [SBN 281560]
**BONNICI LAW GROUP, APC**
1620 Fifth Avenue, Suite 625
San Diego, California 92101
Tel:       (619) 259-5199
Email:    josh@bonnicilawgroup.com

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARTHA GONZALEZ, an Individual;**<br><br>Plaintiff,<br><br>vs.<br><br>**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut Corporation;**<br><br>Defendants. | Case No. **'22 CV0835 RBM WVG**<br><br>**COMPLAINT FOR DISABILITY BENEFITS UNDER E.R.I.S.A.**<br><br>29 U.S. Code Section 1132(a)(1)(B) |

**Plaintiff MARTHA GONZALEZ alleges as follows:**

1.   At all times relevant herein, Plaintiff, MARTHA GONZALEZ, was an individual residing in San Diego, California.

2.   Defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY is a corporation licensed to do business in the State of California, with a principle place of business in the state of Connecticut, located at: One Hartford Plaza, Hartford, Connecticut 06155.

3. The Policy and the claim at issue in this action are governed by the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S. Code Section 1001, et. seq.

4. Jurisdiction is proper pursuant to federal question under 28 U.S.C. 1331.

5. Venue is proper pursuant to 28 U.S.C 1391, in that a substantial portion of the claim arouse out of the Southern District of California.

6. Defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY sponsored a long-term disability policy ("The Policy") which was provided to Plaintiff MARTHA GONZALEZ.

7. Plaintiff became employed by MAERSK, INC. , and through her benefits of employment obtained a long-term disability benefit administrated by Defendant.

8. At some time during her employment with Defendant, Plaintiff became disabled within the definition of The Policy, and soon thereafter, and in a timely fashion, made a claim for benefits under The Policy.

9. Plaintiff's claim for ongoing long-term disability benefits was denied. Plaintiff elected to file a secondary administrative appeal with Defendant, which was again denied. Plaintiff remains disabled as defined by The Policy to this date, and continues to be eligible for long-term disability under The Policy.

10. Plaintiff made two timely administrative appeals of the original denial. The administrative appeals were denied in a first letter dated June 4, 2021, and a second on or about February 2, 2022, thereby exhausting The Policy's administrative appeal process.

/ / / /

/ / / /

/ / / /

**Complaint for Disability Benefits Under ERISA**
*Gonzalez v. Hartford Life and Accident Insurance Company*

**WHEREFORE**, Plaintiff prays for a judgment from the Court as follows:

1. Declaring that Plaintiff is covered for past and ongoing long-term disability benefits under The Policy;
2. For past-due benefits through the date of filing, and additional benefits accumulating at the same monthly rate;
3. For interest on the past-due benefits;
4. For reasonable attorney's fees;
5. For costs of suit herein; and
6. For such other relief as the Court deems proper.

DATED: June 7, 2022          **BONNICI LAW GROUP, APC**

                             By:   */s/ Joshua M. Bonnici*
                                   Joshua M. Bonnici
                                   Attorney for Plaintiff
                                   MARTHA GONZALEZ

BONNICI LAW GROUP, APC
1620 FIFTH AVENUE, STE. 625
SAN DIEGO, CALIFORNIA 92101